<p style="margin-right:right">May Term, 1859.<br>GRIGGS<br>v.<br>VICKROY.</p>

---

GRIGGS *v.* VICKROY.

APPEAL from the *Delaware* Circuit Court.

*Per Curiam.*—This was an action by *Vickroy* against

<p>*Thursday, June 23.*</p>

*Griggs*, for words spoken, which are averred to charge incest, and to be, therefore, slanderous.

The various sets of words laid in the complaint, as having been spoken, contain substantially a charge that there had been, before that time, illicit, carnal intercourse between *Vickroy* and his daughter, naming her. There is no averment that *Vickroy* had any knowledge of the relationship that existed between him and the female.

The demurrer which was filed to the complaint, should have been sustained. *Lumpkins* v. *Justice*, 1 Ind. R. 560.

The judgment is reversed with costs. Cause remanded, &c.

*W. Marsh* and *W. Brotherton*, for the appellant.